652

*Dexter* for petitioner. *Messrs. Henri Brown* and *Carroll G. Walter* for respondent.

No. 948. ·UNITED STATES *v.* WOOD. May 25, 1936. Petition for writ of certiorari to· the United States Court of Appeals for the District of Columbia granted. *Solicitor General Reed* for petitioner. *Messrs. Robert I. Miller, Wm. E. Leahy,* and *Wm. J. Hughes, Jr.,* for respondent.

No. 949. SMITH *v.* HALL ET AL.; and
No. 950. SAME *v.* JAMES MANUFACTURING CO. ET AL. May 25, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Albert L. Ely, Charles Neave,* and ·*Dean S. Edmonds* for petitioner. *Mr. Arthur E. Paige* for respondents in No. 949. *Messrs. H. A. Toulmin* and *H. A. Toulmin, Jr.,* for respondents in No. ·950.

No. 1003. WAINER ET AL. *v.·* UNITED STATES. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted,· limited to· the question whether the statute upon which the second count of the indictment is based was repealed and has not been reënacted. *Mr. Harry C. Heyl* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Mahlon D. Kiefer* for the United States.

No. 953. BRITISH-AMERICAN OIL PRODUCING CO. *v.* BOARD OF EQUALIZATION ET AL. June 1, 1936. Petition for writ of certiorari to the Supreme Court of Montana